ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JACOB PHILLIPS, WA Bar. 43902
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2274
Jacob.phillips@gmail.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SEMAJ FORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 3:23-cv-02850-WHO<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the ALJ will update the record and offer the claimant the opportunity for a hearing; reassess the medical opinions and Plaintiff's residual functional capacity; and proceed through the sequential evaluation, obtaining expert vocational testimony, as necessary. The parties further request

Stipulation to Remand [3:23-cv-02850-WHO]                                1

that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

Defendant, reversing the final decision of the Commissioner.


Dated: 3/29/2024          By:    /s/ *Joanna Parnes*
                          JOANNA PARNES
                          (as authorized by email)
                          Attorneys for Plaintiff


Dated: 3/29/2024          ISMAIL J. RAMSEY
                          United States Attorney
                          MATHEW W. PILE
                          Associate General Counsel
                          Office of Program Litigation


                   By:    /s/ *Jacob Phillips*
                          JACOB PHILLIPS
                          Special Assistant U.S. Attorney
                          Attorneys for Defendant

      In accordance with Civil Local Rule 5-1(i)(3), I, Jacob Phillips, attest that I have obtained
concurrence in the filing of this document from all other signatories listed here.



                          IT IS SO ORDERED:


DATE: ___4/1/2024___      _____
                          HONORABLE WILLIAM H. ORRICK
                          UNITED STATES JUDGE